FILED

MAY 30 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, et al., | CV 17–153–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LEANNE MARTEN, et al., | |
| Defendants, | |
| and | |
| MONTANA WOOD PRODUCTS ASSOCIATION, a Montana Corporation, MONTANA LOGGING ASSOCIATION, a Montana Corporation, and MEAGHER COUNTY, a political subdivision of the State of Montana, | |
| Defendant-Intervenors. | |

Defendant-Intervenors Montana Wood Products Association, Montana Logging Association, and Meagher County move for the admission of Lawson E. Fite to practice before this Court in this case with Trent N. Baker to act as local counsel. Mr. Fite's application appears to be in order.

1

Accordingly, IT IS ORDERED that the motion to admit Lawson E. Fite *pro hac vice* (Doc. 23) is GRANTED on the condition that Mr. Fite shall do his own work. This means that Mr. Fite must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Fite, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 30th day of May, 2018.

Donald W. Molloy, District Judge
United States District Court