IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL, and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, et al.,<br><br>Defendants,<br><br>and<br><br>MONTANA WOOD PRODUCTS ASSOCIATION, et al.,<br><br>Defendant-Intervenors. | CV 17-153-M-DWM<br><br>JUDGMENT |

     This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Federal Defendants' and Defendant-Intervenors' motions for summary judgment are granted, and Plaintiffs' motion for summary judgment is denied. Judgment is entered in favor of Defendants and against Plaintiffs.

Dated this 19th day of November, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk

